IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**SP SNT HOLDINGS, LLC**, and
**KEVIN WAGNER**,

     Plaintiffs,

v.

**SOCIAL NETWORKING TECHNOLOGY, INC.,**
**STUART BRUCK,**
**DAVID M. MCNAMEE,**

 And

**SHARON AMEZCUA,**

     Defendants.

_____

### PLAINTIFF'S DISCLOSURE OF CORPORATE INTERESTS

Plaintiffs hereby discloses the following corporate interests:

1. The parent companies of the corporation:

    **None.**

2. Subsidiaries not wholly owned by the corporation:

    **None.**

3. Any affiliates of the corporation that have issued shares to the public:

    **None.**

Respectfully submitted,

/s/ Jeffrey S. Lawrence
Jeffrey S. Lawrence, #78699
jeff@smithlawrence.com
David R. Smith, #13664
david@smithlawrence.com
SMITH LAWRENCE, LC
700 W. 31st Street, Suite 408
Kansas City, Missouri 64108
816.753.9393
816.778.0957 (facsimile)
*Counsel for Plaintiffs*