### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SP SNT HOLDINGS, LLC, and <br> KEVIN WAGNER, <br><br> Plaintiffs, <br><br> v. <br><br> SOCIAL NETWORKING <br> TECHNOLOGY, INC., <br> STUART BRUCK, <br> DAVID M. MCNAMEE, <br> KEVIN OWENS, <br> MASSIMO MESSINA, and <br> SHARON AMEZCUA, <br><br> Defendants. | Case No. 2:17-cv-02712 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, SP SNT Holdings, LLC and Kevin Wagner (collectively, "Plaintiffs") and Defendants Social Networking Technology, Inc., Stuart Bruck, David McNamee, Kevin Owens, Massimo Messina, and Sharon Amezcua (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that the above-captioned action is dismissed <u>with prejudice</u> in its entirety as between Plaintiffs and Defendants, each of the parties to bear their own costs.

Plaintiffs further stipulate that they originally filed their claims in this action with a good faith belief that there was a substantial factual foundation for the claims against Defendants. However, since filing this action, Plaintiffs have concluded, based on further investigation and discovery, that there was not a substantial factual foundation for the claims against Defendants when Plaintiffs filed them.

DATE:  February 12, 2019

/s/ Jeffrey S. Lawrence
Jeffrey S. Lawrence
David R. Smith
SMITH LAWRENCE, LC
700 W. 31st Street, Suite 408
Kansas City, MO 64108
jeff@smithlawrence.com
david@smithlawrence.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ Ross A. Hollander
Ross A. Hollander
Joseph, Hollander & Craft, LLC - Wichita
500 N. Market Street
Wichita, KS 67214
316-262-9393 ext. 310
Fax: 316-262-9006
rhollander@josephhollander.com

**ATTORNEY FOR DEFENDANTS**
**SOCIAL NETWORKING TECHNOLOGY, INC.,**
**MASSIMO MESSINA, STUART BRUCK,**
**DAVID McNAMEE, AND KEVIN OWENS**

/s/ James R. Ward
James R. Ward, KS Bar #15924
Brian J. Christensen, KS Bar #16528
JACKSON LEWIS P.C.
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone:  (913) 981-1018
Facsimile:  (913) 981-1019
James.Ward@jacksonlewis.com
Brian.Christensen@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**
**SHARON AMEZCUA**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2019, a true and accurate copy of the foregoing was filed electronically via the court's CM/ECF electronic filing system which will send a notice of electronic filing to the following:

Jeffrey S. Lawrence
David R. Smith
SMITH LAWRENCE, LC
700 W. 31st Street, Suite 408
Kansas City, MO 64108
jeff@smithlawrence.com
david@smithlawrence.com

**ATTORNEYS FOR PLAINTIFFS**

Ross A. Hollander
Joseph, Hollander & Craft, LLC - Wichita
500 N. Market Street
Wichita, KS 67214
316-262-9393 ext. 310
Fax: 316-262-9006
rhollander@josephhollander.com

**ATTORNEY FOR DEFENDANTS**
**SOCIAL NETWORKING TECHNOLOGY, INC.,**
**MASSIMO MESSINA, STUART BRUCK,**
**DAVID McNAMEE AND KEVIN OWENS**

James R. Ward, KS Bar #15924
JACKSON LEWIS P.C.
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone:  (913) 981-1018
Facsimile:  (913) 981-1019
James.Ward@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**
**SHARON AMEZCUA**

                                                  */s/ Jeffrey S. Lawrence*
                                                  **ATTORNEY FOR PLAINTIFFS**